IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| INFORMATION TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3207 |
| | ) | |
| V. | ) | |
| | ) | |
| BANKEAST, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The plaintiff has filed a motion to extend the Rule 26(f) report deadline. Filing No. 22. The court notes that the current deadline is January 16, 2009. Accordingly,

IT IS ORDERED:

On or before January 12, 2009, the defendant shall file its response to the plaintiff's motion to extend the deadline for filing the parties' Rule 26(f) report, (filing no. 22), in the absence of which the motion will be deemed unopposed.

DATED this 7th day of January, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge