IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INFORMATION TECHNOLOGY, INC.,       ) | |
|         Plaintiff,       ) | |
|         ) | 4:08-cv-3207 |
| v.       ) | ORDER EXTENDING RULE 26(f) |
|         ) | REPORT FILING DEADLINE |
| BANKEAST,       ) | |
|         Defendant.       ) | |

    THIS matter comes on for hearing on Plaintiff's Motion to Extend Rule 26(f) Report Filing Deadline, filing no. 22.

    The Court being fully advised in the premises grants said Motion and extends the Rule 26(f) Report Filing deadline to fourteen (14) days following the Court's ruling on Defendant's Motion to Dismiss.

    Dated this 9th day of January, 2009.

                                                       BY THE COURT

                                                     s/ *David L. Piester*

                                                   David L. Piester
                                                   United States Magistrate Judge